**No. 49262.**—Protests 989436–G, etc., of Elite Import Co., Inc., et al. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the merchandise in question is similar to that the subject of Abstract 48951 the claim. at 60 percent under paragraph 218 (c) was sustained.

**No. 49263.**—Protests 992686–G, etc., of Bloomingdale Bros., Inc., et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49264.**—Protests 90317–K, etc., of Louis Wolf & Co., Inc:, et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49265.**—Protests 104572–K, etc., of Thorens Co. et al. (New York).

. Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49266.**—Protest 102049–K of Shanghai Gardens (New York).

Opinion by COLE, J. The merchandise was assessed and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). In accordance with stipulation of counsel and on the authority of said cited case the merchandise at bar was found to contain salt and was therefore excluded from paragraph 5 (chemical compounds). The protest was sustained to this extent.

**No. 49267.**—Protests 884647–G, etc., of Chong Lung et al. (New York).

Opinion by COLE, J. The merchandise was assessed and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). In accordance with stipulation of counsel and on the authority of said cited case the merchandise at bar was found to contain salt and was therefore excluded from paragraph 5 (chemical compounds). The protests were sustained to this extent.